Anthony ANDREWS, Plaintiff–
Appellant,

v.

James C. FOX, District Judge; Ms.
Libby, Staff Attorney; Law Clerks,
Defendants–Appellees.

No. 04–6936.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 16, 2004.

Decided: Sept. 23, 2004.

Anthony Andrews, Appellant pro se.

Before LUTTIG, KING, and DUNCAN,
Circuit Judges.

Dismissed by unpublished per curiam
opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Anthony Andrews appeals the district
court's order denying relief on his action
filed under *Bivens v. Six Unknown
Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d
619 (1971), and dismissing claims against a
federal judge, his staff attorney and his
unnamed law clerks as frivolous under 28
U.S.C. § 1915(e) (2000). We have reviewed the record and find no reversible
error. Accordingly, we dismiss this appeal
as frivolous for the reasons stated by the
district court. *See Andrews v. Fox,* No.
CT–04–245–5–H (E.D.N.C. May 11, 2004).
We dispense with oral argument because
the facts and legal contentions are adequately presented in the materials before
the court and argument would not aid the
decisional process.

*DISMISSED*